**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

```
TAMMY BARRERA,                  )    No. SACV 08-1084 CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   June 30, 2009


                                    _____/s/_____
                                       CARLA M. WOEHRLE
                                    United States Magistrate Judge